FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

05 JUL -8  PM 2: 28

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
WD OF TN-JACKSON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | **Cr. No. 05-10043-T** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GUILLERMO OROZCO-BOBADILLA,** | ) | |
| **Defendant.** | ) | |

---

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

---

The United States Attorney's Office applies to the Court for a Writ to have **GUILLERMO**

**OROZCO-BOBADILLA**, Inmate # A73089516, now being detained in the Tensas Parish Detention

Facility, 8606 Highway 65, Waterproof, LA, telephone  (318) 749-5810, appear before the

Honorable S. Thomas Anderson on Monday, August 8, 2005,  at 2:00 p.m. for initial appearance

in this case and for such other appearances as this Court may direct.

Respectfully submitted this ___5th___ day of July 2005.

JAMES W. POWELL
Assistant U. S. Attorney

---

## ORDER

---

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Tensas Parish Sheriff

**YOU ARE HEREBY COMMANDED** to have **GUILLERMO OROZCO-BOBADILLA** appear
before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this ___08th___ day of ___July___ 2005.

**S. THOMAS ANDERSON**
**United States Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7/11/05__

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in
case 1:05-CR-10043 was distributed by fax, mail, or direct printing on
July 11, 2005 to the parties listed.

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT