**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

*FILED BY _____ D.C.*
*05 AUG -8 PM 4:09*
*THOMAS M. GOULD*
*CLERK US DISTRICT COURT*
*W/D OF TN, JACKSON*

UNITED STATES OF AMERICA

-vs-                                             Case No.  1:05cr10043-001T

GUILLERMO OROZCO-BOBADILLA

_____

## ORDER FOR INTERPRETER'S SERVICES

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

**ORDERED** that an appointed interpreter is to serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms of the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** in 111 South Highland, Jackson, Tennessee this _08th_ day of August, 2005.

S. Thomas Anderson
United States Magistrate Judge

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Counsel for Defendant
Court Appointed Interpreter

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8/9/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10043 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT