IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _ec_ D.C.

05 SEP 12 PM 2:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    Cr. No.  05-10043-T

GUILLERMO OROZCO-BOBADILLA,

    Defendant.

---

ORDER

---

It is hereby Ordered that the report date and motion hearing in the above captioned matter is continued until the 22nd day of September, 2005 at 8:30 a.m./p.m.

Thus Ordered this 12th day of September, 2005 at JACKSON, ~~Memphis~~, Tennessee.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9/13/05__

TOTAL P.04

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CR-10043 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT