IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          No.05-10043-T

GUILLEERMO OROZCO-BOBADILLA,

    Defendant.

## ORDER CONTINUING REPORT DATE AND TRIAL AND EXCLUDING DELAY

Counsel for defendant Guilleerm Orozco-Bobadilla has moved for a continuance of the report date which is currently set on September 22, 2005, and the trial date which is currently set on September 26, 2005. Defense counsel will be unable to appear because he sustained an on the job injury and is unavailable. Because of the unavailability of counsel on the date of the report date and trial, that motion is hereby granted. Therefore, the trial of this action is hereby continued and has been reset for November 2, 2005, at 9:30 a.m.

The court finds that the unavailability of defense counsel and the defendant's need for continuity of counsel justify this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>Accordingly, the trial is continued from September 26, 2005, to November 2, 2005, at 9:30 a.m.</u> The resulting period of delay, from September 26, 2005, to November 2, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). The report date is reset for October 26, 2005, at 9:00 a.m.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 September 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CR-10043 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT