IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 05-10043-T |
| v. | ) |
| GUILLERMO OROZCO-BOBADILLA, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE REPORT DATE/MOTION HEARING

COMES NOW, the United States of America, by and through Lawrence J. Laurenzi, Acting United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, and would request the Report Date/Motion Hearing set for November 29, 2005 at 8:30 a.m. be continued until after December 1, 2005.

Government counsel has oral arguments at the Sixth Circuit on November 30, 2005, and will be in transit on November 29th, returning to Jackson on December 1st. The government attempted, but was unable to personally confer with defense counsel regarding this matter.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

JAMES W. POWELL
Assistant United States Attorney

**MOTION GRANTED**
DATE: 7 Nov 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/9/05

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been mailed this 4th day of November 2005, first-class postage prepaid to:

J. Patten Brown, Esquire
Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, TN 38103

JAMES W. POWELL
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:05-CR-10043 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT