IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
v.                           )        No. 05cr10043-T
                             )
GUILLERMO OROZCO-Bobadilla,  )
                             )
          Defendant.         )

JOINT MOTION TO CONTINUE SETTING DATE

COMES NOW, the United States of America, by and through Terrell L. Harris, United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant, Guillermo Orozco-Bobadilla, is scheduled for a report and motion hearing date on Monday, December 5, 2005. Counsel for the government has been in Cincinnati for oral arguments and has numerous other matters in addition to a trial setting following this scheduled setting, and has been unable to prepare a response to defendant's motion to dismiss filed in this cause. Counsel for the defendant, Mr. J. Patten Brown, III, has informed me that he is currently scheduled for training on that same date. Both counsel have discussed the filing of this motion and the conflicts with the current setting and are in agreement in this request for a continuance.

THEREFORE, for the grounds set forth above, the government and defense counsel respectfully request that the defendants' scheduled Report/Motion Hearing date be reset to a later date. The only conflict of which either counsel is aware, is scheduled vacation for Mr. Brown the

**MOTION GRANTED**
DATE: _2 December 2005_

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/7/05_

31

first week of January 2006.

Respectfully submitted,

LAWRENCE LAURENZI
Acting United States Attorney

JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee,

hereby certify that a copy of the foregoing has been delivered to Mr. J. Patten Brown, III, Counsel

for the defendant, via facsimile transmission to his office in Memphis, Tennessee, this 1st day of

December 2005.

James W. Powell
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in
case 1:05-CR-10043 was distributed by fax, mail, or direct printing on
December 7, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT