# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY _ew_ D.C.

05 DEC 23 PM 2:29

THOMAS M. GOULD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-10043-T-An |
| | ) | |
| GUILLERMO OROZCO-BOBADILLA, | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER CONTINUING SETTING DATE
## AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

---

The parties have filed a joint motion for a continuance of the report date and motion hearing on the grounds that there is a pending defense motion to dismiss the indict to which the Government has not yet responded and one of the Government's witnesses will not be available to testify at the motion hearing. For good cause shown, the report date and motion hearing are hereby continued due to the unavailability of the Government's witness. The ends of justice served by the taking of such action outweigh the best interest of the public and Defendant in a speedy trial.

The Clerk of the Court shall reset the trial for **WEDNESDAY, FEBRUARY 8, 2006, at 9:30 a.m.** The Report Date and motion hearing are reset for **FRIDAY, JANUARY 27, 2006, at 8:30 a.m.** The court finds that the grounds for this continuance justifies

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12|23|05_

34

excluding the period of December 27, 2006, to February 8, 2006, as excludable delay under

18 U.S.C. § 3161(h)(8)(A)(B)(iv) and (h)(3)(A)(B).

IT IS SO ORDERED.


_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 December 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in
case 1:05-CR-10043 was distributed by fax, mail, or direct printing on
December 23, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT